placing the merchandise ready for shipment to the United States was the entered unit value less the addition made under duress to meet the advance by the Appraiser in similar cases covering non-dutiable F.O.B. charges for inland freight, insurance premium, storage, hauling and lighterage, and that the issues are similar in all material respects to the case of *Filjay Imports* v. *United States*, 36 Cust. Ct. Rpts. 547, Reap. Dec. 8560.

IT IS FURTHER STIPULATED AND AGREED that there was no higher domestic value for merchandise such or similar to the merchandise herein at the time of exportation thereof.

IT IS FURTHER STIPULATED AND AGREED that the appeal to reappraisement enumerated above may be submitted for decision on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was the entered unit value, less the additions made under duress to meet the advances by the appraiser in similar cases covering nondutiable f. o. b. charges for inland freight, insurance premium, storage, hauling, and lighterage.

Judgment will be entered accordingly.

**REHEARING MOTION GRANTED**

NOVEMBER 10, 1958

**Reap. Dec. 9254.**—Plywood & Door Manufacturers Corporation *v.* United States, Entered at New York, N. Y. [Not published.] Motion by plaintiff.

(Reap. Dec. 9255)

THE HIPAGE COMPANY, INC. *v.* UNITED STATES

Entry Nos. 1639; 2015.

(Decided November 20, 1958)

Plaintiff not represented by counsel.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: These two appeals for reappraisement are before me for decision on a written stipulation, reading as follows:

It is stipulated and agreed, subject to the approval of the Court, that at the time of exportation of the merchandise involved herein, such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the